[No. 11298-5-III.   Division Three.   February 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES M. HACKNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 90-1-00035-1, Philip W. Borst, J., entered December 18, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11349-3-III.   Division Three.   March 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ANTHONY NUNEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-8-01033-4, Michael Schwab, J. Pro Tem., entered January 17, 1991. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11132-6-III.   Division Three.   March 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE R. CANADA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-01108-2, Bruce P. Hanson, J., entered October 5, 1990. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.